THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY TRIPODI, Appellant.

Submitted April 13, 1942; decided April 16, 1942.

*Leo J. Hagerty, District Attorney,* for motion.
*John S. Knibloe* opposed.

Motion denied.